# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

No. 12-20289

February 12, 2014

Lyle W. Cayce
Clerk

TEJAS CASING, LIMITED,

Plaintiff - Appellant Cross-Appellee

v.

IPSCO TUBULARS, INCORPORATED,

Defendant - Appellee Cross-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:08-CV-527

Before WIENER, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

After considering the written and oral arguments of the parties and the evidence of record, the judgment of the district court is AFFIRMED essentially for the reasons assigned by the district court.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.